**Lori A. WALTERS, Plaintiff–Appellant,**

v.

**ORANGEBURG COUNTY,**
**Defendant–Appellee.**

**No. 00–2442.**

United States Court of Appeals,
Fourth Circuit.

Submitted May 31, 2001.

Decided Aug. 1, 2001.

Eric S. Bland, Eric S. Bland & Associates, P.A., Lawrence J. Needle, Lawrence J. Needle, P.A., Columbia, SC, for appellant.

D.L. (Dirk) Aydlette, Shahin Vafai, Gignilliat, Savitz & Bettis, L.L.P., Columbia, SC, for appellee.

Before WILKINS and KING, Circuit Judges, and SMALKIN, United States District Judge, for the District of Maryland, sitting by designation.

PER CURIAM.

Lori Walters appeals the district court's orders granting summary judgment to the Defendant and denying Walters' motion for reconsideration. We have reviewed the record and the district court's opinions and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *Walters v. Orangeburg County*, No. CA–99–1115–5–22BC (D.S.C. filed Aug. 1, 2000; entered Aug. 2, 2000, and Oct. 13, 2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*